| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore, Karen N | 2. Court or Organization<br><br>U.S. Court of Appeals-6th Cir. | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Carl B. Stokes U.S. Courthouse<br>801 W. Superior Ave., Ste 21A<br>Cleveland, Ohio 44113-1831 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10: 26 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Squire Sanders & Dempsey |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Stanford Law School | Stanford, CA; 3/17-3/18; law review symposium (transportation, meals, lodging) |
| 2. Association of American Law Schools | Washington, DC; 6/23; speaker at New Law School Professors Program of professional association (transportation, meals) |
| 3. The Aspen Institute | Aspen, CO; 7/14-7/21; faculty for Justice and Society Program (transportation, meals, lodging) |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/14/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Huntington Bank | A | Interest | K | T | | | | | |
| 2. Key Bank | A | Interest | K | T | | | | | |
| 3. Fidelity Spartan Ohio Muni Income | A | Dividend | K | T | Partial Sale | 1/24 | J | A | |
| 4. Fidelity Fidelity Fund | | None | | | Sale | 1/24 | M | D | |
| 5. Fidelity Magellan Fund | | None | | | Sale | 1/24 | M | D | |
| 6. Nicholas Fund, Inc | D | Dividend | M | T | | | | | |
| 7. DWS Cash Investment Trust (fka Scudder) | A | Dividend | J | T | | | | | |
| 8. DWS Managed Municipal Bonds (fka Scudder) | D | Dividend | M | T | | | | | |
| 9. Dreyfus Municipal Money Market Fund | A | Dividend | K | T | | | | | |
| 10. IRA Ohio Savings (certificate of deposit) | A | Interest | J | T | | | | | |
| 11. IRA T. Rowe Price New Horizons Fund | D | Dividend | M | T | | | | | |
| 12. TIAA (Pension Fund) | E | Interest | N | T | | | | | |
| 13. CREF (Pension Fund) | | None | O | T | | | | | |
| 14. Vanguard Wellesley Income Fund (Retirement Fund) | C | Dividend | L | T | | | | | |
| 15. Vanguard Windsor Fund (Retirement Fund) | D | Dividend | L | T | | | | | |
| 16. Vanguard Wellington Fund (Retirement Fund) | C | Dividend | L | T | | | | | |
| 17. Pension Plan--Dodge & Cox Stock Fund (X) | | None | N | T | Ex in frm 22 | 12/29 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pension Plan--Baron Asset Fund [NOTE: See Pt VIII] | E | Int./Div. | O | T | Buy | | J | | |
| 19. Squire Sanders & Dempsey Capital Contribution Account | | None | M | U | | | | | |
| 20. Cash value life ins., Mass. Mutual Life Ins. | D | Interest | N | T | Premium | 02,07 | J | | |
| 21. Pension Plan--Am Cent. Equity Inc. [NOTE: See Pt VIII] | D | Int./Div. | | | Buy | | J | | |
| 22. " " " | | | | | Ex out to 17 | 12/29 | N | | |
| 23. Pension Plan--Fidelity Capital Appreciation [See Pt VIII] | E | Int./Div. | N | T | Buy | | J | | |
| 24. Pension Plan--Fidelity Diversified Int'l [NOTE: See Pt VIII] | E | Int./Div. | N | T | Buy | | J | | |
| 25. Pension Plan--Legg Mason Value [NOTE: See Pt VIII] | | None | N | T | Buy | | J | | |
| 26. Huntington Bank | A | Interest | K | T | | | | | |
| 27. Victory Tax-Free Money Market | B | Dividend | M | T | | | | | |
| 28. National City Bank | C | Interest | M | T | | | | | |
| 29. Vanguard Explorer | A | Dividend | J | T | | | | | |
| 30. Vanguard Windsor | A | Dividend | J | T | | | | | |
| 31. Vanguard Small-Cap Growth Index | A | Dividend | K | T | | | | | |
| 32. T. Rowe Price Growth Stock | A | Dividend | J | T | | | | | |
| 33. Fidelity Magellan | C | Dividend | J | T | | | | | |
| 34. IRA Capital World Growth & Income | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA Growth Fund of Am | A | Dividend | J | T | | | | | |
| 36. IRA Investment Co of Am | A | Dividend | J | T | | | | | |
| 37. IRA Capital World Growth & Income | B | Dividend | K | T | Buy | 1/17 | J | | |
| 38. IRA Growth Fund of Am | B | Dividend | K | T | Buy | 1/17 | J | | |
| 39. IRA Investment Co. of Am | C | Dividend | K | T | Buy | 1/17 | J | | |
| 40. Pension Plan--WFA Small Cap Val Z | D | Int./Div. | M | T | Buy | 4/30 | K | | |
| 41. " " " | | | | | Buy | | J | | |
| 42. Capital Income Builder Fund (X) | D | Dividend | M | T | Buy | 1/27 | M | | |
| 43. Hartford Capital Appreciation Fund (X) | E | Dividend | M | T | Buy | 1/30 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date  5/14/7 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544